IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>3) SHEMIKA ORTIZ-AQUINO<br>Defendants | CRIMINAL 06-0178CCC |

# O R D E R

Having considered the Report and Recommendation filed on April 30, 2007 (docket entry 178) on a Rule 11 proceeding of co-defendant Shemika Ortiz-Aquino held before Magistrate Judge Marcos E. López on April 30, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of co-defendant Shemika Ortiz-Aquino is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 30, 2007. Since defendant is five months pregnant and resides in the state of Florida, sentencing is hereby set for October 3, 2007 at 4:15 p.m.

SO ORDERED.

At San Juan, Puerto Rico, on May 7, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge